## United States Bankruptcy Court
### Eastern District of Pennsylvania

| | | | |
|---|---|---|---|
| In re | **JULIAN C. WESSELL** | Case No. | **22-12899/MDC** |
| | Debtor | Chapter | **13** |

IN RE:  JULIAN C. WESSELL, III
    Debtor

                    ; CHAPTER 13

Windsor Park Asset Holding Trust
    Movant

                    : NO. 22-12899/MDC

    v.

                    :

Julian C. Wessell III
    Debtor

                    : 11 U.S.C. Section 362

### DEBTOR, JULIAN C. WESSELL III'S RESPONSE TO MOTION OF WINDSOR PARK ASSET HOLDING TRUST FOR RELIEF FROM AUTOMATIC STAY UNDER SECTION 362

1. Admitted.

2. Admitted.

3. Denied.  The averment in this paragraph is a legal conclusion to which no response is required.

4. Admitted.

5. Admitted.

6. Admitted in  part, denied in part..  It is admitted that debtor did not make his monthly post-petition payments for November 2022 through January 2023.  However, debtor will be able to make the missed mortgage payments from November 2022 through January 2023 by February 10, 2023.

7. - 10. The averments in these paragraphs are legal conclusions and no response is required.

WHEREFORE, Debtor respectfully requests this Honorable Court deny Movant's Motion for Relief from the Automatic Stay.

Dated:  February 3, 2023

                              /s/Bradly E. Allen, Esquire
                              Attorney for Debtor
                              7711 Castor Avenue
                              Philadelphia, PA 19152
                              P-215-725-4242

## United States Bankruptcy Court
### Eastern District of Pennsylvania

In re    JULIAN C. WESSELL, III _____    Case No.    **22-12899/mdc**

Debtor(s)    Chapter    **13**

## ORDER

AND NOW, this           day of                    , 2023 upon Motion for Relief of Windsor Park

Asset Holding Trust from the Automatic Stay and Debtor's Response it is hereby;

ORDERED that the Motion for Relief of Windsor Park Asset Holding Trust is denied.

Dated: _____           BY THE COURT:

_____
HONORABLE MAGDELINE D. COLEMAN
United States Bankruptcy Judge