# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **JULIAN C. WESSELL**                                                                 Case No.  **22-12899**
                                            Debtor(s)                                         Chapter  **13**

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2023 a copy of Debtor's Response to Motion for Relief of Windsor Park Asset Holding Trust was served electronically or by regular United States mail to the Trustee and all creditors listed below:

.First class mail to:

> Julian Wessell
> 9503 Meadowbrook Ave.
> Philadelphia, PA 19118

Electronic mail to:

> Denise Elizabeth Carlon on behalf of
> Windsor Park Asset Holding Trust

> Kenneth E. West, Chapter 13 Trustee

> U.S. Trustee

**/s/ Bradly E. Allen, Esquire**
**Attorney for Debtor**
**Bradly E. Allen**
**7711 Castor Avenue**
**Philadelphia, PA 19152**
**215-725-4242Fax:215-725-8288**
**bealaw@verizon.net**