# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re: JULIAN C. WESSELL, III
Debtor

Case No. **22-12899/mdc**
Chapter **13**

IN RE: Julian C. Wessell, III
    Debtor

Judith Wessell
    Co-Debtor

: CHAPTER 13

Windsor Park Asset Holding Trust
    Movant

: NO.: 22-12899/MDC

vs.

Julian C. Wessell, III
    Debtor

: 11 U.S.C. Section 362 and 1301

Judith Wessell
    Co-Debtor

Kenneth E West
    Trustee

## DEBTOR, JULIAN C. WESSELL, III'S, RESPONSE TO MOTION OF WINDSOR PARK ASSET HOLDING TRUST FOR RELIEF FROM AUTOMATIC STAY UNDER SECTION 362

1. Denied. The averment in this paragraph is a legal conclusion to which no response is required.

2. Admitted.

3. Denied. The averment in this paragraph is a legal conclusion to which no response is required.

4. Admitted.

5. Admitted.

6. Admitted.

6. Admitted in Part, Denied in Part. It is admitted that Debtor has missed some post-petition payments, but it is denied that he has missed all of the payment from March through May of 2023.

7. Denied. The averment in this paragraph is a legal conclusion to which no response is required.

8. Denied. It is denied that Debtor owes $9,022.38 in post-petition payments.

9. Denied. The averment in this paragraph is a legal conclusion to which no response is required.

10. Denied. The averment in this paragraph is a legal conclusion to which no response is required.

11. Denied. The averment in this paragraph is a legal conclusion to which no response is required.

WHEREFORE, Debtor respectfully requests that the Motion for Relief of Windsor Park Asset Holding Trust be denied.

Dated: June 8, 2023

/s/ Bradly E. Allen

BRADLY E. ALLEN, ESQUIRE
Attorney for Debtor
7711 Castor Avenue
Philadelphia, PA 19152
P-215-725-4242

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re: JULIAN C. WESSELL, III
_____
Debtor

Case No. **22-12899/mdc**
Chapter **13**

IN RE: Julian C. Wessell, III
   Debtor

: CHAPTER 13

Judith Wessell
   Co-Debtor

Windsor Park Asset Holding Trust
   Movant

: NO.: 22-12899/MDC

vs.

:

Julian C. Wessell, III
   Debtor

: 11 U.S.C. Section 362 and 1301

Judith Wessell
   Co-Debtor

Kenneth E West
   Trustee

## ORDER

AND NOW, this _____ day of _____ 2023, upon Motion for Relief of Windsor Park Asset Holding Trust from the Automatic Stay and Debtor's Response it is hereby;

ORDERED that the Motion for Relief of Windsor Park Asset Holding Trust is denied.

BY THE COURT:

_____
HONORABLE MAGDELINE D. COLEMAN
United States Bankruptcy Judge