# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re: JULIAN C. WESSELL, III

Debtor

Case No. 22-12899/mdc
Chapter 13

IN RE: Julian C. Wessell, III
    Debtor

Judith Wessell
    Co-Debtor

: CHAPTER 13

Windsor Park Asset Holding Trust
    Movant

: NO.: 22-12899/MDC

vs.

Julian C. Wessell, III
    Debtor

: 11 U.S.C. Section 362 and 1301

Judith Wessell
    Co-Debtor

Kenneth E West
    Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2023 a copy of Debtor's Response to Motion for Relief of Windsor Park Asset Holding Trust was served electronically or by regular United States mail to the Trustee and all creditors listed below:

First class mail to.: Julian C. Wessell, III
9503 Meadowbrook Avenue
Philadelphia, PA 19118

Electronic mail to.: Mark A. Cronin on behalf of
Windsor Park Asset Holding Trust

Kenneth E. West, Chapter 13 Trustee

U.S. Trustee

/s/ Bradly E. Allen

BRADLY E. ALLEN, ESQUIRE
Attorney for Debtor
7711 Castor Avenue
Philadelphia, PA 19152
215-725-4242 Fax: 215-725-8288
bealaw@verizon.net