## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Latisha A. Reed <u>Debtor(s)</u> | |
| Pennsylvania Housing Finance Agency <u>Movant</u> | Chapter 13 |
| vs. | |
| Latisha A. Reed <u>Debtor(s)</u> | NO. 19-17972 ELF |
| and Kenneth E. West Esq. <u>Trustee</u> | |

### ORDER

AND NOW, this  2nd  day of  February , 2022 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties, it is **ORDERED** that the automatic stay under 11 U.S.C. Sections 362 and 1301 (if applicable), is **MODIFIED** to allow Pennsylvania Housing Finance Agency and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 4304 J. Street, Philadelphia, PA 19124.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**