**Fill in this information to identify the case:**

Debtor 1  Julian C. Wessell aka Julian C. Wessell, III

(Spouse, if filing)

United States Bankruptcy Court for the EASTERN District of Pennsylvania

Case number  22-12899 MDC

## Official Form 410S2

### Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** Windsor Park Asset Holding Trust

**Court claim no.** (if known): 4-1

**Last 4 digits** of any number you use to identify the debtor's account: 2188

**Does this notice supplement a prior notice of postpetition fees, Expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: ___/___/___

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees: Plan Review / MFR / Plan Objection | 12/14/2022; 1/23/2023; 03/02/2023 | (3) | $ 1,700.00 |
| 4. Filing fees and court costs: MFR filing fee | 1/23/2023 | (4) | $ 188.00 |
| 5. Bankruptcy/Proof of claim fees: Proof of Claim / 410A Prep | 12/20/2022 | (5) | $ 800.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | 11/03/2022; 12/21/2022; 01/18/2023; 02/15/2023 | (7) | $ 80.00 |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ |
| 11. Other. Specify:_____ | | (11) | $ |
| 12. Other. Specify:_____ | | (12) | $ |
| 13. Other. Specify:_____ | | (13) | $ |
| 14. Other. Specify:_____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1  Julian C. Wessell
         First Name    Middle Name    Last Name

Case number (if known) 22-12899 MDC

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ Michael P. Farrington
   Signature

Date 4 / 26 / 2023

Print:  Michael P. Farrington
        First Name    Middle Name    Last Name

Title  Attorney for Creditor

Company  KML Law Group, P.C.

Address  701           Market Street, Suite 5000
         Number        Street

         Philadelphia,           PA           19106
         City                    State        Zip Code

Contact phone  (215) 825-6488

Email  mfarrington@kmllawgroup.com

Official Form 410S2    Notice of Postpetition Mortgage Fees, Expenses, and Charges    page 2
249

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Julian C. Wessell aka Julian C. Wessell, III<br>　　　　　　　　　　　　Debtor(s)<br><br>Windsor Park Asset Holding Trust<br>　　　　　　　　　　　　Movant<br>vs.<br><br>Julian C. Wessell aka Julian C. Wessell, III<br>　　　　　　　　　　　　Debtor(s)<br><br>Kenneth E. West,<br>　　　　　　　　　　　　Trustee | BK NO. 22-12899 MDC<br><br>Chapter 13<br><br>Related to Claim No. 4 |

## CERTIFICATE OF SERVICE
## NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>April 26, 2023</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

Debtor(s)
Julian C. Wessell aka Julian C. Wessell, III
9503 Meadowbrook Avenue
Philadelphia, PA 19118

Attorney for Debtor(s) (via ECF)
BRADLY E. ALLEN, ESQUIRE
Law Offices of Bradly Allen
7711 Castor Avenue
Philadelphia, PA 19152

Trustee (via ECF)
Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service: electronic means or first-class mail

Dated: <u>April 26, 2023</u>

　　　　　　　　　　　　　　　　　　　<u>/s/ Michael P. Farrington</u>
　　　　　　　　　　　　　　　　　　　Michael P. Farrington Esq.
　　　　　　　　　　　　　　　　　　　Attorney I.D. 329636
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　(215) 825-6488
　　　　　　　　　　　　　　　　　　　mfarrington@kmllawgroup.com